UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PAMELA BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00051-MPB-CSW |
| | ) |
| OAKLAND CITY UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON SECOND JOINT MOTION TO**
**AMEND THE CASE MANAGEMENT PLAN**

This cause comes before the Court on the parties' *Second Joint Motion to Amend the Case Management Plan*, and the Court having read and considered the same and being otherwise duly advised in the premises now **GRANTS** said Motion. (Dkt. No. 39).

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Case Management Plan and first Amended Case Management Plan (Dkt. Nos. 16 & 36) shall be amended as follows:

1. The nonexpert witness discovery and discovery relating to liability issues discovery deadline is hereby extended to and including **April 7, 2025**.

2. Statements of claims or defenses shall be filed on or before **April 14, 2025.**

3. Dispositive motions shall be filed on or before **June 9, 2025.**

4. All other requirements of the approved Case Management Plan and Amended Case Management Plan (Dkt. Nos. 16 & 36) remain in effect.

**SO ORDERED.**

Date: March 10, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

*Distribution to counsel of record via the Court's electronic filing system*