UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PAMELA BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00051-MPB-CSW |
| | ) |
| OAKLAND CITY UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 9:30 a.m., Evansville time (CST), on May 7, 2025, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

A **Telephonic Status Conference** is set for **July 29, 2025, at 9:00 a.m.,** Evansville time (CST), before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** May 7, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**